IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD EARLEY, JR.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | No. 18-760 |
| | : | |
| v. | : | |
| | : | |
| **JMK ASSOCIATES d/b/a PREMIER POOLS AND SPAS; AQUA FINANCE, INC.; and LYON SERVICES CORPORATION d/b/a LYON FINANCIAL,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

This 15th day of April, 2020, upon consideration of Plaintiff's Motion for Attorneys' Fees (ECF 24), Defendants' Brief in Opposition (ECF 27), and Plaintiff's Reply (ECF 28), for the reasons outlined in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**, and Plaintiff shall be awarded $46,988 in attorneys' fees.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge